JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'ASIA NIBLETT,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL PROTECTION SERVICE, LP ET AL.,<br><br>Defendants. | Case No. 2:21-cv-03151-SB-RAO<br><br>**FINAL JUDGMENT** |

For the reasons set forth in the separate Order on Motions to Dismiss entered today, it is

ORDERED AND ADJUDGED that Plaintiff De'Asia Niblett shall take nothing on her federal claims against Defendants County of Los Angeles, Universal Protection Service, LP, and J. Rodriguez. Plaintiff's claims for violations of 42 U.S.C. §§ 1983 and 2000a are DISMISSED on the merits with prejudice. Plaintiff's state law claims are DISMISSED without prejudice.

This is a Final Judgment.

Dated: October 5, 2021

Stanley Blumenfeld, Jr.
United States District Judge

1